# Declaration of Bernd Schoner

# ***Filed Under Seal***