IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC. and HAND HELD PRODUCTS, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>SCANDIT AG,<br><br>*Defendant*. | § § § § § § § § § § § | CIVIL ACTION NO. 2:24-CV-00374-JRG-RSP<br>(Lead Case) |
| HONEYWELL INTERNATIONAL INC. and HAND HELD PRODUCTS, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>SCANDIT AG,<br><br>*Defendant*. | § § § § § § § § § § § | CIVIL ACTION NO. 2:24-CV-00860-JRG-RSP<br>(Member Case) |

## ORDER

Before the Court is the Joint Stipulation of Dismissal Pursuant to Rule 41(a)(1)(A)(ii) filed by Plaintiffs Honeywell International Inc. and Hand Held Products, Inc., and Defendant Scandit AG. **Dkt. No. 50**. In the Stipulation, the parties represent that the above-captioned lead case and above-captioned member case have been resolved and request dismissal of the above-captioned actions WITH prejudice. *Id*. at 1.

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted between Plaintiff and Defendant in the above-captioned cases are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and

attorneys' fees. All pending requests for relief in the above-captioned cases not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned lead case, as no other parties remain.

**So Ordered this**

**Mar 19, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE